In the Matter of ANNA ULRICH, as Executrix of KURT F. ULRICH, Deceased, Respondent, against CAROLINE E. LEVIS, as Administratrix of the Estate of ROBERT P. LEVIS, Deceased, Appellant.— Concur — Peck, P. J., Cohn, Breitel, Botein and Rabin, JJ.

MARIETTA LARSEN COMPANY, INCORPORATED, Respondent, v. JOSEPHINE M. MANFRE, Appellant, et al., Defendants.— Concur — Peck, P. J., Cohn, Breitel, Botein and Rabin, JJ.

HELEN M. LARSON v. ALVIN L. LARSON.— Concur — Peck, P. J., Cohn, Breitel, Botein and Rabin, JJ.

MARVIN TUNICK V. MARIE PACIULLO, Individually and Doing Business as ADORABLE BRIDAL GOWNS.— Concur — Peck, P. J., Cohn, Breitel, Botein and Rabin, JJ.

In the Matter of MORRIS BERLER, an Attorney.— Concur — Peck, P. J., Breitel, Bastow and Rabin, JJ. [See *ante,* p. 210.]

NATHAN SCHORR V. NEW YORK HERALD TRIBUNE, INC., et al.— Concur — Peck, P. J., Cohn, Breitel, Botein and Rabin, JJ.

(September 28, 1955.)

(Republished.)
JACK FINKELSTEIN, Respondent, v. YOLANDE B. FINKELSTEIN, Appellant.—

Concur — Peck, P. J., Cohn, Breitel, Botein and Rabin, JJ. [See *Anonymous* v. *Anonymous, ante,* p. 961.]

(Republished.)
JACK FINKELSTEIN, Respondent, v. YOLANDE B. FINKELSTEIN, Appellant.— No opinion. The order of this court, entitled *John Anonymous* v. *Jane Anonymous,* entered September 27, 1955, is vacated. Concur — Peck, P. J., Cohn, Breitel, Botein and Rabin, JJ. [See *Anonymous* v. *Anonymous, ante,* p. 961.]